**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | |
|---|---|
| STATE OF ARKANSAS, ex rel. TIM GRIFFIN, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>ABBVIE INC.; AMGEN, INC.; AMGEN MANUFACTURING, LIMITED; ASTRAZENECA LP; ASTRAZENECA PHARMACEUTICALS LP; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BRISTOL MYERS SQUIBB COMPANY; ELI LILLY AND COMPANY; GENZYME CORPORATION; GLAXOSMITHKLINE LLC; IMMUNEX CORPORATION; JOHNSON AND JOHNSON; MERCK & CO., INC.; NOVARTIS AG; NOVARTIS PHARMACEUTICALS CORPORATION; NOVO NORDISK A/S; NOVO NORDISK, INC.; PFIZER, INC.; SANOFI-AVENTIS U.S. LLC; SANOFI S.A.; SANOFI US SERVICES INC.; SECOND SIGHT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:26-cv-02148-SOH<br><br>Honorable Susan O. Hickey |

**<u>DEFENDANTS' MOTION TO DISMISS</u>**

AbbVie, Inc.; Amgen Inc.; Amgen Manufacturing Limited LLC; AstraZeneca LP; AstraZeneca Pharmaceuticals, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Bristol-Myers Squibb Company; Eli Lilly and Company; Genzyme Corporation; GlaxoSmithKline LLC; Immunex Corporation; Johnson & Johnson; Merck & Co., Inc.; Novartis Pharmaceuticals Corporation; Novartis AG[1]; Novo Nordisk Inc.; Pfizer, Inc.; sanofi-aventis U.S. LLC; and Sanofi US Services, Inc. (together, "Manufacturer Defendants"), for their motion to dismiss, state:

1. Plaintiff State of Arkansas, *ex rel*. Tim Griffin ("Plaintiff") brings two counts against the Manufacturer Defendants under the Arkansas Deceptive Trade Practices Act ("ADTPA"). ECF No. 3 at 58-66.

2. This Court should dismiss under Federal Rule of Civil Procedure 12(b)(6).

3. This motion is supported by the following:

   a. Exhibit 1 (November 20, 2025, HRSA Decision)

   b. Exhibit 2 (June 9, 2025, HRSA Decision)

4. A brief is filed in support of this motion and incorporated by reference.

WHEREFORE, AbbVie, Inc.; Amgen Inc.; Amgen Manufacturing Limited LLC; AstraZeneca LP; AstraZeneca Pharmaceuticals, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Bristol-Myers Squibb Company; Eli Lilly and Company; Genzyme Corporation; GlaxoSmithKline LLC; Immunex Corporation; Johnson & Johnson; Merck & Co., Inc.; Novartis Pharmaceuticals Corporation; Novartis AG; Novo Nordisk Inc.; Pfizer, Inc.; sanofi-aventis U.S.

[1] Concurrent with this motion, Novartis AG is filing a separate Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim. Novartis AG joins the instant Defendants' Motion to Dismiss in the alternative without waiver of any right, defense, affirmative defense, or objection, including any challenges to the exercise of personal jurisdiction and/or venue.

LLC; and Sanofi US Services, Inc. pray that the Court grant their motion to dismiss and dismiss the complaint filed by the State of Arkansas, *ex rel.* Tim Griffin and for all other proper relief.

November 5, 2026

**ELDRIDGE BROOKS, PLLC**

*/s/ Conner Eldridge*

Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com

AND

Allon Kedem*
Jeffrey L. Handwerker*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000 telephone
(202) 942-5999 facsimile
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

* Admitted *pro hac vice*

*Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

Respectfully submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*/s/ Glenn Larkin*

Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)

*/s/ Matthew S. Owen*

Matthew S. Owen (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
mowen@gibsondunn.com

Brian A. Richman (admitted *pro hac vice*)
Elizabeth A. Kiernan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100
brichman@gibsondunn.com
ekiernan@gibsondunn.com

*Counsel for Defendant AbbVie Inc.*

*/s/ Kevin A. Crass*
William M. Griffin III, #82069
Kevin A. Crass, #84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: 501-370-1515
Facsimile: 501-244-5327
griffin@fridayfirm.com
crass@fridayfirm.com

John C. O'Quinn, P.C. (admitted *pro hac vice*)
Megan McGlynn Butler (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-389-5000
Facsimile: 202-389-5200
john.oquinn@kirkland.com
megan.butler@kirkland.com

J. Matthew Rice (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
Symphony Place
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Telephone: 629-222-0100
Facsimile: 629-222-0101
matthew.rice@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

*/s/ Kwaku A. Akowuah*
Kwaku A. Akowuah (admitted *pro hac vice*)
Madeleine Joseph (admitted *pro hac vice*)
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
kakowuah@sidley.com
(202) 736-8739

QUATTLEBAUM, GROOMS & TULL PLLC
Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*Counsel for Defendants Amgen Inc., Amgen Manufacturing Limited, Immunex Corporation, and Merck & Co., Inc.*

**ELDRIDGE BROOKS, PLLC**

*/s/ Conner Eldridge*
Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com

AND

Carolyn A. DeLone*
Justin Bernick*
Jason Downs*
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-4860 telephone
carrie.delone@hlc.com
justin.bernick@hlc.com
jason.downs@hlc.com

* Admitted *pro hac vice*

*Attorneys for Defendants Novartis Pharmaceuticals Corporation and Novartis AG*

*/s/ Thomas R. Brugato*
Kevin F. King (admitted *pro hac vice*)
Thomas R. Brugato (admitted *pro hac vice*)
Stephen Petkis (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
kking@cov.com
tbrugato@cov.com
spetkis@cov.com

QUATTLEBAUM, GROOMS & TULL PLLC
Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/ Benjamin S. Boyd*
Benjamin S. Boyd (87200)
DLA PIPER LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Fax: (202) 799-5000
benjamin.boyd@us.dlapiper.com

Ashley C. Parrish (admitted *pro hac vice*)
John D. Shakow (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
(202) 737-0500
aparrish@kslaw.com
jshakow@kslaw.com
mpohl@kslaw.com

*Counsel for Novo Nordisk Inc.*

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*/s/ Glenn Larkin*
Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)

Carolyn A. DeLone*
Justin Bernick*
Jason Downs*
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-4860 telephone
carrie.delone@hlc.com
justin.bernick@hlc.com
jason.downs@hlc.com

*Admitted *pro hac vice*

*Counsel for Defendant Bristol Myers Squibb Company*

*/s/ Dustin McDaniel*
Dustin McDaniel (99011)
Cozen O'Connor
1307 W. 4th Street
Little Rock, AR 72201
(501) 404-4010
dmcdaniel@cozen.com

Carlton Wessel (admitted *pro hac vice*)
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4000
carlton.wessel@us.dlapiper.com

*Counsel for Defendant Pfizer Inc.*

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*/s/ Glenn Larkin*
Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)

Devora W. Allon (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4970
devora.allon@kirkland.com

Cole T. Carter (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60656
(312) 862-5291
cole.carter@kirkland.com

*Counsel for Defendant GlaxoSmithKline LLC*

FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office: (479) 695-6040
Facsimile: (501) 244-5389
kcampbell@fridayfirm.com

*/s/ Katherine C. Campbell*
Katherine C. Campbell, Ark. Bar No. 2013241

John P. Bueker (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

Laura G. Hoey (admitted *pro hac vice*)
Charles D. Zagnoli (admitted *pro hac vice*)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1200
Laura.Hoey@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Counsel for Defendants Genzyme Corp., Sanofi US Services Inc., and sanofi-aventis U.S. LLC*

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*/s/ Glenn Larkin*
Steven W. Quattlebaum (84127)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)

Adeel A. Mangi (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
George A. LoBiondo (admitted *pro hac vice*)
Nadav Ben Zur (admitted *pro hac vice*)
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000
adeel.mangi@linklaters.com
erik.haas@linklaters.com
george.lobiondo@linklaters.com
nadav.benzur@linklaters.com

*Counsel for Defendant Johnson and Johnson*

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ Glenn Larkin
Glenn Larkin