UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STATE OF ARKANSAS, *ex rel.*
TIM GRIFFIN, ATTORNEY GENERAL PLAINTIFF

v. Case No. 2:26-cv-02148

ABBVIE, INC., *et al.*,
DEFENDANTS

**NOTICE OF INTENT TO FILE AMENDED COMPLAINT AND REQUEST FOR REMOVAL OF DEADLINE**

Plaintiff, the State of Arkansas, by and through its Attorney General, Tim Griffin, hereby files this notice to inform the Court that the State intends to avail itself of its right under Federal Rule of Civil Procedure 15(a)(1)(B) to file an amended complaint on or before November 27, 2026. Because the State's Amended Complaint will render Defendants' pending motions to dismiss moot, the State respectfully requests that the Court remove or extend the current deadline to respond to those motions pending the filing of an amended complaint.

1. The State filed its complaint on July 21, 2026 in the Circuit Court of Polk County, Arkansas. Dkt. 3.

2. On September 11, 2026, certain Defendants removed the action to this Court. Dkt. 2.

3. On November 5, 2026, certain Defendants filed motions to dismiss for lack of personal jurisdiction and motions to dismiss for failure to state a claim. Dkts. 128, 133, 135.

4. Pursuant to Local Rule 7.2(b), the State's oppositions to those motions are due on November 19, 2026.

5. Federal Rule of Civil Procedure 15(a)(1)(B), however, permits the State to file an amended complaint as a matter of right within 21 days of Defendants' Rule 12(b) motions. *See* Fed. R. Civ. P. 15(a)(1)(B) (providing plaintiff with right to amend within 21 days after service of a Rule 12(b) motion). Here, the State intends to file an Amended Complaint on or before November 27, 2026 (the 21st day is November 26, 2026, which is a federal holiday), in accordance with Rule 15.

6. Because the State's Amended Complaint will supersede the original Complaint and render moot Defendants' motions to dismiss the original Complaint, the State requests that it not be required to file oppositions to the currently pending motions. Requiring briefing on motions directed to a pleading that will soon be superseded would serve little purpose and would unnecessarily expend both party and judicial resources. *See, e.g.*, *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000) ("It is well-established that an amended complaint supersedes an original complaint and render the original complaint without legal effect."); *Townsend v. Autozone Stores, Inc.*, No. 4:16-cv-04036, 2016 WL 6573983, at *1 (W.D. Ark. Nov. 4, 2016) (motion to dismiss complaint rendered moot when amended complaint was filed thereafter). In contrast, granting the State's request would conserve the parties' resources and promote judicial economy.

WHEREFORE, the State respectfully requests that the Court remove, stay, or extend the November 19, 2026 deadline to respond to Defendants' pending motions to dismiss until after the filing of the Amended Complaint, and for all other just and proper relief.

DATED: November 18, 2026.

Respectfully submitted,

**TIM GRIFFIN**
**ATTORNEY GENERAL**

Brittany Edwards
Senior Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-8114
Fax: (501) 682-8118
Email: Brittany.Edwards@ArkansasAG.gov

RAINWATER, HOLT & SEXTON, P.A.
Robert M. Sexton, ABN 1996106
Eric D. Wewers, ABN 94098
Meredith Moore, ABN 2014237
801 Technology Drive
Post Office Box 17250
Little Rock, AR 72222
Telephone: (501) 868-2500
Facsimile: (501) 868-2508
Sexton@RainFirm.com
Ewewers@RainFirm.com
Mmoore@RainFirm.com

BARON & BUDD, P.C.
Russell W. Budd*
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 279-9915
Email: rbudd@baronbudd.com

BARON & BUDD, P.C.
J. Burton LeBlanc, IV*
2600 Citiplace Dr., Suite 400
Baton Rouge, LA 70808
Telephone: (225) 927-5441
Email: bleblanc@baronbudd.com

BARON & BUDD, P.C.
Mark Pifko*
15910 Ventura Boulevard, Suite 1600
Los Angeles, CA 91436
Telephone: (800) 887-6989
Email: mpifko@baronbudd.com

BARON & BUDD, P.C.
Catherine H. Dorsey*
Calista Somer*
2600 Virginia Avenue NW, Suite 900
Washington, DC 2003 7
Telephone: (202) 333-4562
Email: cdorsey@baronbudd.com
Email: csomer@baronbudd.com

BARON & BUDD, P.C.
Michael Thakur*
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (645) 223-7303
Email: mthakur@baronbudd.com

*Attorneys for the State of Arkansas*
* *Pro hac vice* application forthcoming